UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RYAN TERRY,

          Defendant.

Case No. CR22-180-LK

DETENTION ORDER

Defendant Ryan Terry is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 846. The Court held a detention hearing on March 31, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Terry is charged with an offense with a maximum term of ten years or more under the CSA.

2.     There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Terry as required and the safety of the community.

4. Upon advice of counsel, Mr. Terry declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

5. Mr. Terry stipulated to detention without prejudice to reopening at a later date.

6. Mr. Terry poses a risk of nonappearance due to a history of failure to appear, noncompliance while under supervision, and possession of identification in another name. Mr. Terry poses a risk of danger due to the nature of the instant offense, a pattern of similar criminal activity, and criminal activity while under supervision.

7. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Terry's appearance at future court hearings while addressing the danger to other persons or the community.

8. The Court recommends Mr. Terry be evaluated for medically assisted treatment for substance use disorder.

IT IS THEREFORE ORDERED:

(1) Mr. Terry shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Terry shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Terry is confined shall deliver Mr. Terry to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Terry, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 31st day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3